USCA1 Opinion

 

 May 9, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1035 CHUKWU E. AZUBUKO, Plaintiff, Appellant, v. BOARD OF TRUSTEES, FRAMINGHAM STATE COLLEGE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Chukwu E. Azubuko on brief pro se. _________________ Scott Harshbarger, Attorney General, and Amy Spector, Assistant _________________ ___________ Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. We have carefully reviewed the briefs __________ of the parties and the record in this case and agree with the district court's conclusion that appellant's federal action is barred by res judicata. See Mulrain v. Board of ___ _______ _________ Selectmen, 944 F.2d 23, 25-26 (1st Cir. 1991) (per curiam) _________ (where a federal lawsuit concerns the same events as a prior state lawsuit, a final judgment in the state action prevents the plaintiff from pursuing the federal action). See also ___ ____ Isaac v. Schwartz, 706 F.2d 15, 17 (1st Cir. 1983). We _____ ________ therefore affirm the judgment of the district court for the ______ reasons stated in its Memorandum dated November 10, 1994.